

Telephone: (866) 540-5505
Facsimile: (866) 300-7367
www.millershah.com

ALEC J. BERIN
*ajberin@millershah.com*

May 21, 2025

**VIA ECF**
The Honorable Rachel P. Kovner, U.S.D.J.
The Honorable Taryn A. Merkl, U.S.M.J.
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

  Re: *Gonzalez v. Northwell Health, Inc.*, **No. 1:20-cv-3256**

Dear Judge Kovner and Judge Merkl:

We write pursuant to the Court's January 7, 2025 Order directing the parties to provide an update as to the status of mediation and this action.

Plaintiff, Kaila Gonzalez, and Defendant, Northwell Health, Inc., participated in mediation on May 14, 2025. As a result of this mediation, the parties reached an agreement in principle to resolve this action.

The parties are working to memorialize their agreement and prepare the appropriate papers to submit to the Court for preliminary approval under Federal Rule of Civil Procedure 23. The Parties propose that Plaintiff file a motion for preliminary approval of the settlement and all necessary and appropriate supporting papers by July 16, 2025.

The parties are available to provide any additional information the Court may require at this time.

Respectfully submitted,

*/s/ Alec J. Berin*
Alec J. Berin

AJB/sm

cc: All counsel of record (via ECF)

CALIFORNIA ■ CONNECTICUT ■ FLORIDA ■ NEW JERSEY ■ NEW YORK ■ PENNSYLVANIA ■ MILAN, ITALY

©Miller Shah LLP

